**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00790-CV

**ARTHUR BROWN AND/OR ALL OCCUPANTS AND CONSTANCE BROWN, Appellants**

**V.**

**FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01077-2013**

## ORDER

The Court has received a clerk's record containing documents showing that appellant Constance Brown has filed a petition for bankruptcy in United States Bankruptcy Court. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE